**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02804-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

REYNALDO Y. VILLA,

    Applicant,

v.

DEPARTMENT CORRECTION CO. D.O.C.,
JOHN W. SUTHERS, A.G., and
WARDEN JAMES FAULKER,

    Respondents.

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

    Applicant has submitted a "Pro Se Motion Asking the Court to Except [sic] These Documents as Exparte & Future Ones," a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  Mr. Villa states in the application that he is challenging the validity of his criminal conviction in Denver District Court case number 2005CR400.  To avoid any confusion, the court notes that Mr. Villa has filed a separate habeas corpus application challenging the validity of a different Denver District Court conviction in case number 2005CR5751.  *See Villa v. Faulker*, No. 12-cv-01810-BNB (D. Colo. filed July 11, 2012).

    As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue any claims in this court in this action. Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   xx    is missing certificate showing current balance in prison account (<u>account statement submitted is not certified</u>)
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner
(7)   __    is not on proper form (must use the court's current form)
(8)   __    names in caption do not match names in caption of complaint, petition or habeas application
(9)   __    other: _____

**Complaint, Petition or Application**:
(10)  __    is not submitted
(11)  __    is not on proper form (must use the court's current form)
(12)  __    is missing an original signature by the prisoner
(13)  __    is missing page nos. __
(14)  __    uses et al. instead of listing all parties in caption
(15)  __    names in caption do not match names in text
(16)  __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  __    other: _____

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the "Pro Se Motion Asking the Court to Except [sic] These Documents as Exparte & Future Ones" (ECF No. 3) is DENIED as moot.

DATED October 23, 2012, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge