IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02804-BNB

REYNALDO Y. VILLA,

     Applicant,

v.

DEPARTMENT CORRECTION CO. D.O.C.,
JOHN W. SUTHERS, A.G., and
WARDEN JAMES FAULKER,

     Respondents.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Applicant has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, and a "Pro Se Motion Asking the Court to Except [sic] These Documents as Ex Parte & Future Ones." On November 8, 2012, Applicant filed a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion.

The *in forma pauperis* motion will be granted. The "Pro Se Motion Asking the Court to Except [sic] These Documents as Ex Parte & Future Ones" will be denied because it is not clear what relief Applicant may be seeking in that motion. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 3) is granted. It is

FURTHER ORDERED that the "Pro Se Motion Asking the Court to Except These Documents as Ex Parte & Future Ones" (ECF No. 4) is DENIED.  It is

FURTHER ORDERED that process shall not issue at this time.

DATED November 9, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge