**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02804-BNB

REYNALDO Y. VILLA,

    Applicant,

v.

DEPARTMENT CORRECTION CO. D.O.C.,
JOHN W. SUTHERS, A.G., and
WARDEN JAMES FAULKER,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the court on the motion (ECF No. 12) filed by Applicant on November 20, 2012.  The court construes the motion liberally as a motion for an extension of time to file an amended pleading as directed in the court's Order Directing Applicant to File Amended Application (ECF No. 11) entered in this action on November 13, 2012.  The motion (ECF No. 12) is GRANTED and Applicant shall have **thirty (30) days from the date of this minute order** to file an amended application as directed. The clerk of the court is directed to mail to Applicant, together with a copy of this minute order, a blank copy of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

Dated:  December 13, 2012